NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-7098

HENRY J. PALMER,

Claimant-Appellant,

v.

ERIC K. SHINSEKI, Secretary of Veterans Affairs,

Respondent-Appellee.

Appeal from the United States Court of Appeals for Veterans Claims in 08-2783, Judge John J. Farley, III.

ON MOTION

Before MAYER, Circuit Judge.

## O R D E R

The Secretary of Veterans Affairs moves for a 21-day extension of time, until July 27, 2009, to file his brief. Henry J. Palmer opposes.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

JUL 17 2009

_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Henry J. Palmer
     Kenneth S. Kessler, Esq.

s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUL 17 2009

JAN HORBALY
CLERK